

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00382-CR

Latoya **MAYBERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR1138
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 27, 2014.

_____
Luz Elena D. Chapa, Justice